UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE MANDISH,

    Plaintiff,

v.                                                      Case No.: 8:18-cv-1001-T-35JSS

UNITED STATES OF AMERICA,

    DEFENDANT,

_____

## COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

Plaintiff, BRUCE MANDISH ("MANDISH"), by and through undersigned files this Complaint against the Defendant, United States of America, and states as follows:

### INTRODUCTION

1. This is an action against the Defendant United States of America under the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §1346(b)(I), for negligence in connection with an automobile accident that occurred in Polk County, Florida.

2. The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §1346(b)(I), for money damages as compensation for personal injuries caused by the negligence of an agent working for the United States Postal Service.

3. Plaintiff MANDISH has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

4. This suit has been timely filed, in that Plaintiff MANDISH timely served notice of his claim on the United States of America

less than two years after the incident forming the basis of this suit.

5. Plaintiff MANDISH is now filing this Complaint pursuant to 28 U.S.C. § 2401(b) after receiving the United States of America's February 9, 2018 notice of "final denial of administrative claim." *Administrative Tort Claim Denial Letter attached as Exhibit 2.*

## PARTIES, JURISDICTION AND VENUE

6. Plaintiff MANDISH is, and at all times relevant hereto was, a resident of Polk County, Florida.

7. Defendant United States of America, through its agency operates the United States Postal Service located at 210 North Missouri Avenue in Lakeland, Florida.

8. Jurisdiction is proper under 28 U.S.C. § 1346(b)(I).

9. Venue is proper under 28 U.S.C. §1402(b) in that all, of the acts and omissions forming the basis of This Federal Tort Claim Action occurred in Lakeland, Polk County Florida which is contained within the Middle District of Tampa.

## COUNT I - NEGLIGENCE

10. That on or about May 9, 2016, Plaintiff MANDISH was the owner and driver of a 2004 Harley Davidson Motorcycle travelling southbound on US 98 in the left lane.

11. At all times relevant to this Complaint, Stacy R. Henry was an agent, servant or employee of Defendant United States of America, by and through the United States Postal Service and was operating a 1996 GRAM vehicle owned by the United States Postal Service.

12. At all times relevant, Stacy R. Henry negligently and carelessly pulled out of a private driveway attempting to cross Bartow Road (US 98) heading East toward East

5

Sylvester Road driving directly into the path of Plaintiff MANDISH and violating his right of way. Stacy Henry carelessly and negligently operated and/or maintained the 1996 GRAM vehicle so as to crash into the motorcycle driven by Plaintiff MANDISH.

13. At all times relevant to this Complaint, Stacy R. Henry was employed by and/or acting on behalf of the United States of America by and through the United States Postal Service.

14. That at all times material to this Complaint, Stacy R. Henry was an agent, servant or employee of the United States Postal Service and the United States of America would be vicariously responsible for any acts or omissions to the acts of Stacy R. Henry.

15. The 1996 GRAM vehicle operated by Stacy R. Henry was owned by the United States Postal Service and was operated by Stacy R. Henry with the consent of the United States Postal Service. Under Florida's dangerous instrumentality doctrine, Defendant United States of America, the State of Florida would be responsible for the operation of its vehicle by Stacy R. Henry.

16. As a direct and proximate result of Defendant's negligence, Plaintiff MANDISH sustained serious and permanent bodily injuries and has incurred physical pain and suffering, mental anguish, disability, physical impairment, disfigurement, inconvenience, loss of capacity for the enjoyment of life the reasonable value and expense of hospital, medical and nursing care and treatment, loss of earnings and loss of earning capacity.

17. At all times relevant to the Complaint, Plaintiff MANDISH was the owner and driver of a 2004 Harley Davidson Motorcycle southbound on US 98 in the left lane. The 2004 Harley Davidson Motorcycle was damaged in the crash sustaining $8,944.82

in property damage.

18. That at all times material to this Complaint, Stacy R. Henry was an agent, servant or employee of the United States Postal Service and would be vicariously responsible for any acts or omissions to the acts of Stacy R. Henry.

19. The injuries sustained by Plaintiff MANDISH are permanent within a reasonable degree of medical probability and the aforesaid damages include past, present and future losses for the remainder of his life expectancy.

20. All conditions precedent to the filing of this Complaint have been satisfied or met.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, MANDISH, does hereby pray that judgment be entered in his favor and against the Defendant as follows:

1) Two Million dollars ($2,000,000.00) for physical pain and suffering, mental anguish, disability, physical impairment, disfigurement, inconvenience, loss of capacity for the enjoyment of the life experienced in the past and to be experienced in the future and the reasonable value and expenses of hospital, medical and nursing care and treatment and loss of earnings and loss of earning capacity in the past and to be incurred in the future.  Since the filing of Standard Form 95, newly discovered evidence not reasonably available at the time of presenting the claim and intervening facts have arisen making the claim exceed the original value of personal injury claim as stated in Standard Form 95.

7

2) Eight Thousand Nine Hundred Forty-Four Dollars and 82/100 Cents ($8,944.82) for property damages caused to the Harley Davidson Motorcycle.

Plaintiff MANDISH demands judgment against Defendant United Stated of America, to the extent allowed by law for compensatory damages, taxable costs and all future relief allows by law.

Dated this 25th day of April 2018.

    Respectfully submitted,
    s/s Todd R. Stern
    **Todd R. Stern, Esquire**
    Fla. Bar No: 302201
    Todd R. Stern, P.A.
    2 N. Tamiami Trail, Suite 312
    Sarasota, FL 34236
    (941) 999-1293
    **Francoise M. Haasch, Esquire**
    Fla. Bar No: 0303630
    **David R. Fuller, Esquire**
    Fla. Bar No: 0973300
    Haasch Stern PLLC
    1275 Nebraska Avenue
    Palm Harbor, FL 34683
    Attorneys for Plaintiff