UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE MANDISH,

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.
_____/

Case No. 8:18-cv-01001-MSS-JSS

## MEDIATION REPORT

A mediation of this matter was conducted on November 21, 2019 in Tampa, Florida, with all parties represented by counsel, and resulted in an *impasse*.

Respectfully submitted this 22nd day of November, 2019.

/s/ Gary H. Larsen
GARY H. LARSEN
Mediator No. 11664R
Florida Bar No. 266906
401 N. Cattlemen Road, Suite 300
Sarasota, Florida 34232
941.366.4680 (phone)
941.953.3136 (fax)
*glarsen@dglawyers.com*

Copies provided to counsel
of record through the Court's
CM/ECF filing system