UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE MANDISH,
Plaintiff,

v.                                                      Case No: 8:18-cv-1001-T-35JSS

UNITED STATES OF AMERICA,
Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant hereby files this Notice of Settlement pursuant to Local Rule 3.08(a) and requests that the Court administratively close this case, subject to the provisions of Local Rule 3.08(b).

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

By:    */s/ Mamie V. Wise*
    MAMIE V. WISE
    Assistant United States Attorney
    Florida Bar No. 65570
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: 813-274-6000
    Facsimile: 813-274-6200
    E-mail: mamie.wise@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to the following:

> Todd R. Stern, Esquire
> Francoise M. Haasch, Esquire
> David R. Fuller, Esquire

> *s/Mamie V. Wise*
> MAMIE V. WISE
> Assistant United States Attorney